UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

THOMAS SCOTT ANDERSON,                    JUDGMENT IN A CIVIL CASE

                                         Case No. CV 15-31-H-DLC-JTJ

            Plaintiff,

vs.

MIKE BATISTA, et al.,

            Defendants.

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and that this action is DISMISSED.

Dated this 27th day of September, 2016.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ T. Gesh
                                    T. Gesh, Deputy Clerk